**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

July 2, 2026

Hoi Yu, Sr. Professional Engineer
Leonardo Vargas, Associate Engineer
Santa Cruz City
605 Dimeo Lane
Santa Cruz, CA 95060

Guadalupe Sanchez, Superintendent
Eduardo Silva, Landfill Supervisor
Eleazar Mejinez, Recycling Center Supervisor
Welden Carvalho, Recycling Center Supervisor
Santa Cruz City Landfill
605 Dimeo Lane
Santa Cruz, CA 95060

City Clerk
City of Santa Cruz
809 Center Street, Room 9
Santa Cruz, CA 95060

Nathan Nguyen, Dir. of Public Works/LRP
Hoi Yu, Duly Authorized Representative
City of Santa Cruz
809 Center Street, Room 201
Santa Cruz, CA 95060

**Re: Notice of Violations and Intent to File Suit under the Federal Water Pollution Control Act**

To Santa Cruz City Landfill, the City of Santa Cruz, Hoi Yu, Leonardo Vargas, Nathan Nguyen, Guadalupe Sanchez, Eduardo Silva, Eleazar Mejinez, and Welden Carvalho:

I am writing on behalf of Monterey Waterkeeper ("MWK") in regard to violations of the Clean Water Act (the "CWA" or "Act") that MWK believes are occurring at the City of Santa Cruz Resource Recovery Facility located at 605 Dimeo Lane, Santa Cruz, CA 95060 (the "Facility").

This letter is being sent to Santa Cruz City Landfill, the City of Santa Cruz, Hoi Yu, Leonardo Vargas, Nathan Nguyen, Mark Dettle, Guadalupe Sanchez, Eduardo Silva, Eleazar Mejinez, and Welden Carvalho, individually and as the responsible owners or operators of the Facility (hereinafter referred to as the "City").

This letter addresses the City's unlawful discharge of pollutants from the Facility into Lombardi Creek (the "Creek") and the Pacific Ocean ("Receiving Waters"). The Facility is discharging storm water pursuant to National Pollutant Discharge Elimination System ("NPDES") Permit No. CAS000001, State Water Resources Control Board Water Quality Order No. 14-57-DWQ as amended by Order No. 2015-0122-DWQ & Order No. 2018-0028-DWQ (the "General Permit"). This letter notifies the City of ongoing violations of the substantive and procedural requirements of the General Permit at the Facility.

Section 505(b) of the Clean Water Act requires a citizen to give notice of intent to file suit sixty (60) days prior to the initiation of a civil action under Section 505(a) of the Act (33 U.S.C. § 1365(a)). Notice must be given to the alleged violator, the U.S. Environmental Protection Agency ("EPA") and the State in which the violations occur.

As required by the Clean Water Act, this Notice of Violations and Intent to File Suit provides notice of the violations that have occurred, and continue to occur, at the Facility. Consequently, MWK hereby places the City on formal notice that, after the expiration of sixty days from the date of this Notice of Violations and Intent to Sue, MWK intends to file suit in federal court against the City under Section 505(a) of the Clean Water Act (33 U.S.C. § 1365(a)), for violations of the Clean Water Act and the General Permit. These violations are described more extensively in Section II below.

## I. Background

### A. Monterey Waterkeeper

Monterey Waterkeeper is a 501(c)(3) environmental, non-profit public benefit organization in accordance with the laws of the State of California. Using law, policy, and science, Monterey Waterkeeper protects and restores drinkable, fishable, and swimmable waters for all in the Monterey Region and along the Central Coast for all to enjoy. Monterey Waterkeeper conducts outdoor education and policy advocacy to ensure that all Central Coast residents have access to clean waters. Monterey Waterkeeper also actively seeks federal and state agency implementation of the Clean Water Act and; where necessary, initiates enforcement actions on behalf of itself and its members. Monterey Waterkeeper's mailing address is P.O. Box 4311, Salinas, CA 93912.

Monterey Waterkeeper and its members throughout Monterey, Santa Cruz, and San Benito Counties have an interest in the preservation and use of the northern Central Coast's waters, including the Receiving Waters. Monterey Waterkeeper's members use and enjoy the Receiving Waters and the areas around them to kayak, picnic, fish, hike, and enjoy wildlife, including nearby populations of marine mammals such as sea otters and harbor seals. Discharges of pollutants from the Facility into these waters impairs Monterey Waterkeeper' s members' use and enjoyment of these waters. The unlawful discharge of pollutants from the Facility has also required Monterey Waterkeeper to expend its limited resources to study and combat pollution from the Facility.

The City's actions result in numerous injuries to Monterey Waterkeeper's and its members' interests, including loss, destruction, or damage to wetlands and waterways; diminished aesthetic enjoyment of these waters; loss of habitat for wildlife, including birds and federally protected species; degraded water quality; and diminished quality of life. The ability of Monterey Waterkeeper' s members to kayak, picnic, fish, hike, and enjoy the wildlife in and around these waters, and to use and enjoy Monterey Bay is harmed by the City's ongoing and continuous violations of law. Thus, the interests of Monterey Waterkeeper's members have been,

are, and will continue to be adversely affected by the City's failure to comply with the Clean Water Act and the Storm Water Permit.

### B. The Facility

The Facility comprises approximately 100 acres of land at 605 Dimeo Lane, Santa Cruz, CA 95060, approximately 1 mile north of the pacific ocean. The nearest weather reporting stations are US1CASZ0047, US1CASZ0048, and US1CASZ0058, which are 6.544, 6.854, and 4.312 miles from the Facility, respectively. The Facility is owned and operated by the City of Santa Cruz. It consists of an active landfill, recycling area, and equipment maintenance area. (2025 Storm Water Pollution Prevention Plan ("SWPPP"), p. 24.)

On or around April 2, 1992, the Facility filed its first Notice Of Intent to Comply with the General Permit ("NOI"). An updated NOI was certified on July 17, 2023 classifying the Facility under SIC Code 4953 ("Refuse Systems"). The Facility is assigned the Waste Discharge Identification ("WDID") number 3 44I003057. Industrial activities at the Facility include: receiving and transporting waste, waste storage, petroleum product storage, vehicle and equipment maintenance, and vehicle storage. (2025 SWPPP, p. 24.)

Most of the Facility activities are directly exposed to precipitation and storm water runoff. (2025 SWPPP, p. 25.) The Facility's runoff discharges from drainage areas 1, 3, and 5 into the Lombardi Creek Stormwater Outlet ("SW-1") and from drainage areas 2, and 4 into the Freshwater Bypass that discharges into the Lombardi Creek Freshwater Bypass Outlet ("SW-2"). The polluted stormwater discharged by the Facility, through the Creek, flows approximately 1 mile south to the Pacific Ocean. (2025 SWPPP, p. 26.) Lombardi Creek and the Pacific Ocean fall within the definition of Waters of the United States as traditional navigable waters and tributaries of traditional navigable waters.

The most recent amendment to the Facility's SWPPP available on SMARTS is dated July 16, 2025. Site maps included in the 2025 SWPPP indicate that the Facility is divided into five drainage areas (labeled as "DA1" through "DA5"), which generally slope southwest, directing storm water runoff out of the Facility through two locations, SW-1 (Lombardi Creek Stormwater Outlet) and SW-2 (Lombardi Creek Freshwater Bypass Outlet). (2025 SWPPP, p. 103.) Drainage areas 1-4 are used for industrial purposes, though the Facility has identified Drainage Area 5 as non-industrial. Drainage area 3 contains the main landfill area itself, and area 1 contains the Materials Recycling Facility ("MRF"), parking lot, and equipment maintenance area. Per the General Permit, the Facility is required to collect samples of storm water discharges, test the samples for pollutants associated with their industrial activity, and report their results to the Water Board. Storm water samples have been collected from the following monitoring locations:

1. SW-1: Lombardi Creek Stormwater Outlet, receiving from DA1, 3, and 5;
2. SW-2: Lombardi Creek Freshwater Bypass Outlet, receiving from DA 2 and 4;
3. TC-1: MRF (Materials Recycling Facility) treatment system discharge testing port;
4. SP-1: The MRF discharge point, for overflow stormwater not treated by the treatment system at TC-1, after the bioswale;
5. SP-2: West Canyon pond access road, after the vegetative swales;
6. SP-3: Cell 3B before the Stormwater Inlet; and,

7. SP-4: North Canyon access road, the first hairpin turn along the paved access road.

(2025 SWPPP, p. 54.) The 2025 SWPPP states that SW-1 and SW-2 receive non-industrial stormwater run-on, and therefore the alternative monitoring locations are used to collect samples for pH, Oil and Grease, Total Suspended Solids (TSS), Chemical Oxygen Demand (COD), Iron, Aluminum, Cadmium, Copper, Lead, Nickel, and Zinc. (*Id.*)

**C. Water Quality Standards, Guidelines, Numeric Action Levels**

The Central Coast Regional Water Quality Control Board ("Regional Board") has identified beneficial uses of the region's waters and established water quality standards for surface waters and for coastal waters, including from Pt. Año Nuevo to Soquel Pt. in the "Water Quality Control Plan for the Central Coast Basin," generally referred to as the Basin Plan. The Basin Plan combines beneficial uses and water quality objectives to create Water Quality Standards ("WQS") for the region's waters.

The Basin Plan establishes Freshwater Water Quality Objectives related to beneficial uses of the Creek. Section 3.3.2 of the Basin Plan outlines water quality standards for all inland surface waters. Of particular relevance to the Facility's exceedances is the Basin Plan requirement that the beneficial uses of inland waters are not adversely affected by suspended sediment load and discharge rates, suspended materials, settable material, inorganic chemicals, and substances toxic to human, plant, animal, or aquatic life. Beneficial uses attributed to the coastal waters from Pt. Año Nuevo to Soquel Pt. include water contact and non-contact recreation, industrial uses, navigation, marine habitat, shellfish harvesting, commercial and sport fishing, and wildlife habitat.

The Facility is also subject to the requirements of California's Central Coast Regional Water Quality Control Board General Order No. R3-2020-0001 (the "General Order") and its own site-specific Monitoring and Reporting Program (MRP) under the General Order. (*See generally* Notice of Applicability and Site-Specific Monitoring and Reporting Program: General Waste Discharge Requirements Order No. R3- 2020-0001.)

The General Permit establishes annual Numeric Action Levels ("NALs") and instantaneous maximum NALs as guidelines for determining whether a facility discharging industrial storm water has implemented the requisite best available technologies economically achievable ("BATs") and best conventional pollutant control technologies ("BCTs"). Compliance with the BAT/BCT standard requires all dischargers implement pollution control measures—called Best Management Practices ("BMPs") —that reduce or prevent discharges of pollution in their storm water discharge in a manner that reflects best industry practice. Exceedance of the NALs requires the Facility to carry out a series of Exceedance Response Actions ("ERAs") intended to bring the Facility back into compliance with the NALs. *See* General Permit § XII.

Additionally, the EPA has set parameter benchmark values, similar to the NALs. (2021 MGSP § 4.2.2.2) The following annual NALs and EPA Benchmarks have been established under the General Permit for the pollutants discharged by the Facility:

| Parameter | Annual NAL | EPA Benchmark[1] |
|---|---|---|
| Total Aluminum | 0.75 mg/L | 1.1 mg/L |
| Total Cadmium | 0.0053 mg/L | 0.0018 mg/L |
| COD | 120 mg/L | 120 mg/L |
| Copper | 0.0332 mg/L | 0.00519 mg/L |
| Total Iron | 1 mg/L | N/A |
| Lead | 0.262 mg/L | 0.082 mg/L |
| Nickel | 1.02 mg/L | 0.47 mg/L |
| Oil and Grease | 15 mg/L | N/A |
| TSS | 100 mg/L | 100 mg/L |
| Zinc | 0.26 mg/L | 0.09 mg/L |

Under the Code of Federal Regulations, there exist daily and monthly effluent limitation guidelines (ELGs) for contaminated stormwater discharges at landfills. (40 C.F.R. § 445.21.) These ELGs also represent the degree of effluent reduction attainable by the application of BAT/BCT. (40 C.F.R. §§ 445.22-445.23.) The applicable ELGs are as follows:

| Parameter | Daily ELG | Monthly Average ELG |
|---|---|---|
| BOD | 140 mg/L | 37 mg/L |
| TSS | 88 mg/L | 27 mg/L |
| Ammonia (as N) | 10 mg/L | 4.9 mg/L |
| α-Terpineol | 0.033 mg/L | 0.016 mg/L |
| Benzoic acid | 0.12 mg/L | 0.071 mg/L |
| p-Cresol | 0.025 mg/L | 0.014 mg/L |
| Phenol | 0.026 mg/L | 0.015 mg/L |
| Zinc | 0.20 mg/L | 0.11 mg/L |

[1] EPA Benchmarks used for Cadmium, Lead, Nickel, and Zinc are Freshwater Benchmarks based on an estimated hardness of 100 mg/L for Lombardi Creek

| | | |
|---|---|---|
| pH | Between 6.0 and 9.0 SU | Between 6.0 and 9.0 SU |

## II. Alleged Violations of the General Permit

Section 402(p) of the Act prohibits the discharge of storm water associated with industrial activities, except as permitted under an NPDES permit. 33 U.S.C. § 1342. The General Permit, an NPDES permit, sets the limits for Santa Cruz City Landfill's discharge of stormwater, and non-stormwater discharges (NSWDs).

The General Permit prohibits discharges of storm water associated with industrial activities or authorized non-storm water discharges that have not been subjected to BAT (for toxic and nonconventional pollutants, including aluminum, cadmium, copper, iron, and zinc), or BCT (for conventional pollutants, including including biochemical oxygen demand, total suspended solids, pH, and oil and grease). *See* General Permit, Effluent Limitation V.A; 40 C.F.R. §§ 401.16-401.15. To achieve compliance with BAT/BCT, the General Permit requires dischargers develop and implement Best Management Practices (BMPs). General Permit § I.D.33.; *see also* General Permit § X.H.

Discharge Prohibition III.C of the General Permit prohibits storm water discharges and authorized non-storm water discharges that cause or threaten to cause pollution, contamination, or nuisance. Discharge Prohibition III.D of the General Permit prohibits storm water discharges and authorized non-storm water discharges ("NSWDs") that violate any discharge prohibitions in applicable water quality control plans.

Receiving Water Limitation VI.A requires that "[d]ischargers shall ensure that industrial storm water discharges and authorized NSWDs do not cause or contribute to an exceedance of any applicable water quality standards in any affected receiving water." Receiving Water Limitation VI.B of the General Permit prohibits storm water discharges and authorized non-storm water discharges that adversely impact human health or the environment. Receiving Water Limitation VI.C requires that "[d]ischargers shall ensure that industrial storm water discharges and authorized NSWDs do not contain pollutants in quantities that threaten to cause pollution or a public nuisance."

### A. Exceedances of NALs, and EPA Benchmarks

The General Permit sets NALs as measures of "the overall pollutant control performance at any given facility." General Permit § I.N. "For annual NALs, an exceedance occurs when the average of all analytical results from all samples taken at a facility during a reporting year for a given parameter exceeds an annual NAL value."General Permit § I.N.76.a.

Similarly, "EPA Benchmarks are appropriate to use as objective guidelines in assessing whether [a discharger] has implemented BMPs that achieve BAT/BCT." *Santa Monica Baykeeper v. Kramer Metals*, 619 F. Supp. 2d 914 (C.D. Cal. 2009). The continued exceedances of the NALs and EPA Benchmarks for aluminum, cadmium, copper, iron, and zinc indicate the City's failure to implement BAT at the Facility for the last five years.

### 1. Total Aluminum Annual NAL Exceedances

Santa Cruz City Landfill has exceeded its annual NAL for discharge of aluminum every reporting year from 2021-2022 to the present, as shown in the table below:

| Date | Parameter | Result (mg/L) | NAL (mg/L) | Exceed % |
|---|---|---|---|---|
| 2021-2022 Average | Aluminum | 4.573214286 | 0.75 | 509.76% |
| 2022-2023 Average | Aluminum | 9.547277778 | 0.75 | 1172.97% |
| 2023-2024 Average | Aluminum | 7.984444444 | 0.75 | 964.59% |
| 2024-2025 Average | Aluminum | 4.066315789 | 0.75 | 442.18% |
| 2025-2026 Average | Aluminum | 2.645545455297 | 0.75 | 252.74% |

### 2. Total Aluminum EPA Benchmark Exceedances

The table below lists each EPA Benchmark exceedance for aluminum at the Facility within the past five years:

| Date | Location | Parameter | Result (mg/L) | EPA Benchmark | Exceed % |
|---|---|---|---|---|---|
| 11/9/21 | SP-3 | Aluminum | 19 | 1.1 | 1627.27% |
| 12/22/21 | SP-3 | Aluminum | 5.3 | 1.1 | 381.82% |
| 3/19/22 | SP-2 | Aluminum | 5.3 | 1.1 | 381.82% |
| 3/28/22 | SP-2 | Aluminum | 1.8 | 1.1 | 63.64% |
| 3/28/22 | SP-3 | Aluminum | 10 | 1.1 | 809.09% |
| 4/11/22 | SP-1 | Aluminum | 1.7 | 1.1 | 54.55% |
| 4/11/22 | SP-3 | Aluminum | 19 | 1.1 | 1627.27% |
| 11/8/22 | SP-2 | Aluminum | 3.6 | 1.1 | 227.27% |
| 11/8/22 | SP-3 | Aluminum | 13 | 1.1 | 1081.82% |
| 12/1/22 | SP-2 | Aluminum | 18 | 1.1 | 1536.36% |
| 12/1/22 | SP-4 | Aluminum | 10 | 1.1 | 809.09% |
| 12/27/22 | SP-1 | Aluminum | 9.8 | 1.1 | 790.91% |
| 12/27/22 | SP-3 | Aluminum | 21 | 1.1 | 1809.09% |
| 12/27/22 | SP-4 | Aluminum | 9.1 | 1.1 | 727.27% |
| 2/3/23 | SP-2 | Aluminum | 3.5 | 1.1 | 218.18% |

| | | | | | |
|---|---|---|---|---|---|
| 2/3/23 | SP-3 | Aluminum | 9 | 1.1 | 718.18% |
| 2/3/23 | SP-4 | Aluminum | 17 | 1.1 | 1445.45% |
| 3/28/23 | SP-2 | Aluminum | 1.4 | 1.1 | 27.27% |
| 3/28/23 | SP-3 | Aluminum | 1.7 | 1.1 | 54.55% |
| 3/28/23 | SP-4 | Aluminum | 54 | 1.1 | 4809.09% |
| 12/6/23 | SP-1 | Aluminum | 14 | 1.1 | 1172.73% |
| 12/6/23 | SP-2 | Aluminum | 6.2 | 1.1 | 463.64% |
| 12/18/23 | SP-1 | Aluminum | 3.7 | 1.1 | 236.36% |
| 12/18/23 | SP-2 | Aluminum | 2.3 | 1.1 | 109.09% |
| 12/18/23 | SP-4 | Aluminum | 5.3 | 1.1 | 381.82% |
| 12/27/23 | SP-4 | Aluminum | 1.8 | 1.1 | 63.64% |
| 1/31/24 | SP-4 | Aluminum | 26 | 1.1 | 2263.64% |
| 2/17/24 | SP-2 | Aluminum | 1.2 | 1.1 | 9.09% |
| 2/17/24 | SP-3 | Aluminum | 4.4 | 1.1 | 300.00% |
| 2/17/24 | SP-4 | Aluminum | 40 | 1.1 | 3536.36% |
| 2/17/24 | TC-1 | Aluminum | 7.2 | 1.1 | 554.55% |
| 3/2/24 | SP-1 | Aluminum | 5.8 | 1.1 | 427.27% |
| 3/2/24 | SP-3 | Aluminum | 4 | 1.1 | 263.64% |
| 3/2/24 | TC-1 | Aluminum | 16 | 1.1 | 1354.55% |
| 4/22/24 | TC-1 | Aluminum | 4.2 | 1.1 | 281.82% |
| 11/22/24 | SP-1 | Aluminum | 17 | 1.1 | 1445.45% |
| 11/22/24 | SP-4 | Aluminum | 1.7 | 1.1 | 54.55% |
| 12/12/24 | SP-1 | Aluminum | 13 | 1.1 | 1081.82% |
| 12/24/24 | SP-2 | Aluminum | 2.7 | 1.1 | 145.45% |
| 12/24/24 | TC-1 | Aluminum | 3.1 | 1.1 | 181.82% |
| 12/24/24 | SW-1 | Aluminum | 5 | 1.1 | 354.55% |
| 12/24/24 | SW-2 | Aluminum | 1.5 | 1.1 | 36.36% |
| 1/31/25 | SP-2 | Aluminum | 2.1 | 1.1 | 90.91% |

| | | | | | |
|---|---|---|---|---|---|
| 1/31/25 | SP-4 | Aluminum | 1.3 | 1.1 | 18.18% |
| 2/13/25 | SP-1 | Aluminum | 13 | 1.1 | 1081.82% |
| 2/13/25 | SP-2 | Aluminum | 6.9 | 1.1 | 527.27% |
| 2/13/25 | SP-3 | Aluminum | 3.1 | 1.1 | 181.82% |
| 2/13/25 | SP-4 | Aluminum | 2.8 | 1.1 | 154.55% |
| 4/28/25 | TC-1 | Aluminum | 2.7 | 1.1 | 145.45% |
| 10/13/25 | SP-2 | Aluminum | 2.21 | 1.1 | 100.91% |
| 10/13/25 | SP-4 | Aluminum | 2.38 | 1.1 | 116.36% |
| 11/13/25 | SP-1 | Aluminum | 2.87 | 1.1 | 160.91% |
| 4/10/26 | SP-1 | Aluminum | 3.34 | 1.1 | 203.64% |
| 4/10/26 | SP-2 | Aluminum | 11.1 | 1.1 | 909.09% |
| 4/10/26 | SP-4 | Aluminum | 4.45 | 1.1 | 304.55% |

### 3. Total Cadmium Annual NAL Exceedances

Santa Cruz City Landfill has exceeded its annual NAL for discharge of cadmium every reporting year from 2021-2022 to the present, as shown in the table below:

| Date | Parameter | Result (mg/L) | NAL (mg/L) | Exceed % |
|---|---|---|---|---|
| 2021-2022 Average | Cadmium | 0.03147714286 | 0.0053 | 493.91% |
| 2022-2023 Average | Cadmium | 0.05687161111 | 0.0053 | 973.05% |
| 2023-2024 Average | Cadmium | 0.04306983333 | 0.0053 | 712.64% |
| 2024-2025 Average | Cadmium | 0.01592368421 | 0.0053 | 200.45% |
| 2025-2026 Average | Cadmium | 0.007179181818 | 0.0053 | 35.46% |

### 4. Total Cadmium EPA Benchmark Exceedances

The table below lists each EPA Benchmark exceedance for cadmium at the Facility within the past five years:

| Date | Location | Parameter | Result (mg/L) | EPA Benchmark | Exceed % |
|---|---|---|---|---|---|
| 11/9/21 | SP-3 | Cadmium | 0.2 | 0.0018 | 11011.11% |
| 12/22/21 | SP-2 | Cadmium | 0.019 | 0.0018 | 955.56% |
| 12/22/21 | SP-3 | Cadmium | 0.043 | 0.0018 | 2288.89% |

| | | | | | |
|---|---|---|---|---|---|
| 3/28/22 | SP-2 | Cadmium | 0.032 | 0.0018 | 1677.78% |
| 3/28/22 | SP-3 | Cadmium | 0.059 | 0.0018 | 3177.78% |
| 4/11/22 | SP-3 | Cadmium | 0.085 | 0.0018 | 4622.22% |
| 11/8/22 | SP-3 | Cadmium | 0.044 | 0.0018 | 2344.44% |
| 12/1/22 | SP-2 | Cadmium | 0.0035 | 0.0018 | 94.44% |
| 12/1/22 | SP-4 | Cadmium | 0.0067 | 0.0018 | 272.22% |
| 12/27/22 | SP-3 | Cadmium | 0.09 | 0.0018 | 4900.00% |
| 12/27/22 | SP-4 | Cadmium | 0.044 | 0.0018 | 2344.44% |
| 2/3/23 | SP-2 | Cadmium | 0.017 | 0.0018 | 844.44% |
| 2/3/23 | SP-3 | Cadmium | 0.027 | 0.0018 | 1400.00% |
| 2/3/23 | SP-4 | Cadmium | 0.24 | 0.0018 | 13233.33% |
| 3/28/23 | SP-2 | Cadmium | 0.0022 | 0.0018 | 22.22% |
| 3/28/23 | SP-3 | Cadmium | 0.0065 | 0.0018 | 261.11% |
| 3/28/23 | SP-4 | Cadmium | 0.54 | 0.0018 | 29900.00% |
| 12/18/23 | SP-2 | Cadmium | 0.0036 | 0.0018 | 100.00% |
| 12/18/23 | SP-4 | Cadmium | 0.05 | 0.0018 | 2677.78% |
| 12/27/23 | SP-4 | Cadmium | 0.041 | 0.0018 | 2177.78% |
| 1/31/24 | SP-2 | Cadmium | 0.0024 | 0.0018 | 33.33% |
| 1/31/24 | SP-4 | Cadmium | 0.45 | 0.0018 | 24900.00% |
| 2/17/24 | SP-2 | Cadmium | 0.0045 | 0.0018 | 150.00% |
| 2/17/24 | SP-3 | Cadmium | 0.021 | 0.0018 | 1066.67% |
| 2/17/24 | SP-4 | Cadmium | 0.18 | 0.0018 | 9900.00% |
| 3/2/24 | SP-3 | Cadmium | 0.02 | 0.0018 | 1011.11% |
| 12/12/24 | SP-2 | Cadmium | 0.012 | 0.0018 | 566.67% |
| 12/24/24 | SP-2 | Cadmium | 0.053 | 0.0018 | 2844.44% |
| 12/24/24 | SW-1 | Cadmium | 0.011 | 0.0018 | 511.11% |
| 12/24/24 | SW-2 | Cadmium | 0.015 | 0.0018 | 733.33% |
| 1/31/25 | SP-4 | Cadmium | 0.0022 | 0.0018 | 22.22% |

| | | | | | |
|---|---|---|---|---|---|
| 2/13/25 | SP-1 | Cadmium | 0.0042 | 0.0018 | 133.33% |
| 2/13/25 | SP-2 | Cadmium | 0.034 | 0.0018 | 1788.89% |
| 2/13/25 | SP-3 | Cadmium | 0.025 | 0.0018 | 1288.89% |
| 2/13/25 | SP-4 | Cadmium | 0.14 | 0.0018 | 7677.78% |
| 10/13/25 | SP-4 | Cadmium | 0.00328 | 0.0018 | 82.22% |
| 11/5/25 | SP-4 | Cadmium | 0.00189 | 0.0018 | 5.00% |
| 2/25/26 | SP-2 | Cadmium | 0.00658 | 0.0018 | 265.56% |
| 4/10/26 | SP-2 | Cadmium | 0.0591 | 0.0018 | 3183.33% |
| 4/10/26 | SP-4 | Cadmium | 0.00599 | 0.0018 | 232.78% |

### 5. Total Copper EPA Benchmark Exceedances

The table below lists each EPA Benchmark exceedance for copper at the Facility within the past five years:

| Date | Location | Parameter | Result (mg/L) | EPA Benchmark | Exceed % |
|---|---|---|---|---|---|
| 11/9/21 | SP-2 | Copper | 0.038 | 0.00519 | 632.18% |
| 11/9/21 | SP-3 | Copper | 0.086 | 0.00519 | 1557.03% |
| 12/22/21 | TC-1 | Copper | 0.0053 | 0.00519 | 2.12% |
| 12/22/21 | SP-2 | Copper | 0.036 | 0.00519 | 593.64% |
| 12/22/21 | SP-3 | Copper | 0.024 | 0.00519 | 362.43% |
| 3/19/22 | SP-2 | Copper | 0.019 | 0.00519 | 266.09% |
| 3/28/22 | SP-2 | Copper | 0.037 | 0.00519 | 612.91% |
| 3/28/22 | SP-3 | Copper | 0.034 | 0.00519 | 555.11% |
| 4/11/22 | SP-1 | Copper | 0.016 | 0.00519 | 208.29% |
| 4/11/22 | SP-3 | Copper | 0.08 | 0.00519 | 1441.43% |
| 11/8/22 | TC-1 | Copper | 0.01 | 0.00519 | 92.68% |
| 11/8/22 | SP-2 | Copper | 0.011 | 0.00519 | 111.95% |
| 11/8/22 | SP-3 | Copper | 0.018 | 0.00519 | 246.82% |
| 12/1/22 | SP-2 | Copper | 0.032 | 0.00519 | 516.57% |
| 12/1/22 | SP-4 | Copper | 0.013 | 0.00519 | 150.48% |

| | | | | | |
|---|---|---|---|---|---|
| 12/27/22 | SP-1 | Copper | 0.024 | 0.00519 | 362.43% |
| 12/27/22 | SP-3 | Copper | 0.03 | 0.00519 | 478.03% |
| 12/27/22 | SP-4 | Copper | 0.027 | 0.00519 | 420.23% |
| 2/3/23 | SP-2 | Copper | 0.027 | 0.00519 | 420.23% |
| 2/3/23 | SP-3 | Copper | 0.013 | 0.00519 | 150.48% |
| 2/3/23 | SP-4 | Copper | 0.0095 | 0.00519 | 83.04% |
| 3/28/23 | SP-2 | Copper | 0.019 | 0.00519 | 266.09% |
| 3/28/23 | SP-3 | Copper | 0.0053 | 0.00519 | 2.12% |
| 3/28/23 | SP-4 | Copper | 0.023 | 0.00519 | 343.16% |
| 12/6/23 | SP-1 | Copper | 0.053 | 0.00519 | 921.19% |
| 12/6/23 | SP-2 | Copper | 0.017 | 0.00519 | 227.55% |
| 12/18/23 | SP-1 | Copper | 0.017 | 0.00519 | 227.55% |
| 12/18/23 | SP-2 | Copper | 0.015 | 0.00519 | 189.02% |
| 12/18/23 | SP-4 | Copper | 0.018 | 0.00519 | 246.82% |
| 12/27/23 | SP-4 | Copper | 0.011 | 0.00519 | 111.95% |
| 12/27/23 | TC-1 | Copper | 0.0079 | 0.00519 | 52.22% |
| 1/31/24 | SP-2 | Copper | 0.03 | 0.00519 | 478.03% |
| 1/31/24 | SP-4 | Copper | 0.02 | 0.00519 | 285.36% |
| 2/17/24 | SP-2 | Copper | 0.037 | 0.00519 | 612.91% |
| 2/17/24 | SP-3 | Copper | 0.04 | 0.00519 | 670.71% |
| 2/17/24 | SP-4 | Copper | 0.026 | 0.00519 | 400.96% |
| 3/2/24 | SP-3 | Copper | 0.025 | 0.00519 | 381.70% |
| 4/22/24 | TC-1 | Copper | 0.0066 | 0.00519 | 27.17% |
| 11/22/24 | SP-1 | Copper | 0.058 | 0.00519 | 1017.53% |
| 12/12/24 | SP-1 | Copper | 0.03 | 0.00519 | 478.03% |
| 12/12/24 | SP-2 | Copper | 0.034 | 0.00519 | 555.11% |
| 12/12/24 | TC-1 | Copper | 0.006 | 0.00519 | 15.61% |
| 12/24/24 | SP-2 | Copper | 0.019 | 0.00519 | 266.09% |

| | | | | | |
|---|---|---|---|---|---|
| 12/24/24 | TC-1 | Copper | 0.012 | 0.00519 | 131.21% |
| 12/24/24 | SW-1 | Copper | 0.01 | 0.00519 | 92.68% |
| 1/31/25 | SP-2 | Copper | 0.0098 | 0.00519 | 88.82% |
| 1/31/25 | SP-4 | Copper | 0.009 | 0.00519 | 73.41% |
| 2/13/25 | SP-1 | Copper | 0.025 | 0.00519 | 381.70% |
| 2/13/25 | SP-2 | Copper | 0.04 | 0.00519 | 670.71% |
| 2/13/25 | SP-3 | Copper | 0.0094 | 0.00519 | 81.12% |
| 2/13/25 | SP-4 | Copper | 0.017 | 0.00519 | 227.55% |
| 3/17/25 | SP-1 | Copper | 0.0074 | 0.00519 | 42.58% |
| 4/28/25 | TC-1 | Copper | 0.013 | 0.00519 | 150.48% |
| 10/13/25 | SP-2 | Copper | 0.0157 | 0.00519 | 202.50% |
| 10/13/25 | SP-4 | Copper | 0.0106 | 0.00519 | 104.24% |
| 11/5/25 | SP-2 | Copper | 0.0057 | 0.00519 | 9.83% |
| 11/5/25 | SP-4 | Copper | 0.0053 | 0.00519 | 2.12% |
| 11/13/25 | SP-1 | Copper | 0.0209 | 0.00519 | 302.70% |
| 2/25/26 | SP-2 | Copper | 0.0253 | 0.00519 | 387.48% |
| 4/10/26 | SP-1 | Copper | 0.0244 | 0.00519 | 370.13% |
| 4/10/26 | SP-2 | Copper | 0.02 | 0.00519 | 285.36% |
| 4/10/26 | SP-4 | Copper | 0.00608 | 0.00519 | 17.15% |

### 6. Total Iron Annual NAL Exceedances

Santa Cruz City Landfill has exceeded its annual NAL for discharge of iron every reporting year from 2021-2022 to the present, as shown in the table below:

| **Date** | **Parameter** | **Result (mg/L)** | **NAL (mg/L)** | **Exceed %** |
|---|---|---|---|---|
| 2021-2022 Average | Iron, Total | 2.099642857 | 1 | 109.96% |
| 2022-2023 Average | Iron, Total | 4.892777778 | 1 | 389.28% |
| 2023-2024 Average | Iron, Total | 5.338888889 | 1 | 433.89% |
| 2024-2025 Average | Iron, Total | 4.76 | 1 | 376.00% |
| 2025-2026 Average | Iron, Total | 2.911818182 | 1 | 191.18% |

### 7. Total Zinc EPA Benchmark Exceedances

The table below lists each EPA Benchmark exceedance for Zinc at the Facility within the past five years:

| Date | Location | Parameter | Result (mg/L) | EPA Benchmark | Exceed % |
|---|---|---|---|---|---|
| 11/9/21 | SP-3 | Zinc, Total | 2.7 | 0.09 | 2900.00% |
| 12/22/21 | SP-2 | Zinc, Total | 0.17 | 0.09 | 88.89% |
| 12/22/21 | SP-3 | Zinc, Total | 0.88 | 0.09 | 877.78% |
| 3/28/22 | SP-2 | Zinc, Total | 0.32 | 0.09 | 255.56% |
| 3/28/22 | SP-3 | Zinc, Total | 0.84 | 0.09 | 833.33% |
| 4/11/22 | TC-1 | Zinc, Total | 0.11 | 0.09 | 22.22% |
| 4/11/22 | SP-1 | Zinc, Total | 0.14 | 0.09 | 55.56% |
| 4/11/22 | SP-3 | Zinc, Total | 1.9 | 0.09 | 2011.11% |
| 11/8/22 | SP-3 | Zinc, Total | 0.64 | 0.09 | 611.11% |
| 12/1/22 | SP-2 | Zinc, Total | 0.13 | 0.09 | 44.44% |
| 12/1/22 | SP-4 | Zinc, Total | 0.098 | 0.09 | 8.89% |
| 12/1/22 | TC-1 | Zinc, Total | 0.19 | 0.09 | 111.11% |
| 12/27/22 | SP-1 | Zinc, Total | 0.27 | 0.09 | 200.00% |
| 12/27/22 | SP-3 | Zinc, Total | 1 | 0.09 | 1011.11% |
| 12/27/22 | SP-4 | Zinc, Total | 0.48 | 0.09 | 433.33% |
| 2/3/23 | SP-2 | Zinc, Total | 0.18 | 0.09 | 100.00% |
| 2/3/23 | SP-3 | Zinc, Total | 0.25 | 0.09 | 177.78% |
| 2/3/23 | SP-4 | Zinc, Total | 2 | 0.09 | 2122.22% |
| 3/28/23 | SP-3 | Zinc, Total | 0.11 | 0.09 | 22.22% |
| 3/28/23 | SP-4 | Zinc, Total | 4.1 | 0.09 | 4455.56% |
| 12/6/23 | SP-1 | Zinc, Total | 0.82 | 0.09 | 811.11% |
| 12/18/23 | SP-1 | Zinc, Total | 0.22 | 0.09 | 144.44% |
| 12/18/23 | SP-4 | Zinc, Total | 0.5 | 0.09 | 455.56% |
| 12/27/23 | SP-4 | Zinc, Total | 0.46 | 0.09 | 411.11% |

| | | | | | |
|---|---|---|---|---|---|
| 1/31/24 | SP-4 | Zinc, Total | 3.3 | 0.09 | 3566.67% |
| 2/17/24 | SP-3 | Zinc, Total | 0.78 | 0.09 | 766.67% |
| 2/17/24 | SP-4 | Zinc, Total | 2.3 | 0.09 | 2455.56% |
| 3/2/24 | SP-3 | Zinc, Total | 0.64 | 0.09 | 611.11% |
| 11/22/24 | SP-1 | Zinc, Total | 0.98 | 0.09 | 988.89% |
| 12/12/24 | SP-1 | Zinc, Total | 0.23 | 0.09 | 155.56% |
| 12/24/24 | SP-2 | Zinc, Total | 0.51 | 0.09 | 466.67% |
| 12/24/24 | TC-1 | Zinc, Total | 0.23 | 0.09 | 155.56% |
| 12/24/24 | SW-1 | Zinc, Total | 0.24 | 0.09 | 166.67% |
| 12/24/24 | SW-2 | Zinc, Total | 0.2 | 0.09 | 122.22% |
| 2/13/25 | SP-1 | Zinc, Total | 0.25 | 0.09 | 177.78% |
| 2/13/25 | SP-2 | Zinc, Total | 0.4 | 0.09 | 344.44% |
| 2/13/25 | SP-3 | Zinc, Total | 0.35 | 0.09 | 288.89% |
| 2/13/25 | SP-4 | Zinc, Total | 1.2 | 0.09 | 1233.33% |
| 4/28/25 | TC-1 | Zinc, Total | 0.15 | 0.09 | 66.67% |
| 11/13/25 | SP-1 | Zinc, Total | 0.263 | 0.09 | 192.22% |
| 2/25/26 | SP-2 | Zinc, Total | 0.0938 | 0.09 | 4.22% |
| 2/25/26 | TC-1 | Zinc, Total | 0.101 | 0.09 | 12.22% |
| 4/10/26 | SP-1 | Zinc, Total | 0.291 | 0.09 | 223.33% |
| 4/10/26 | SP-2 | Zinc, Total | 0.668 | 0.09 | 642.22% |
| 4/10/26 | SP-4 | Zinc, Total | 0.0902 | 0.09 | 0.22% |
| 4/10/26 | TC-1 | Zinc, Total | 0.0916 | 0.09 | 1.78% |

The above tables reflect data gathered from the City's self-monitoring during the 2021-2022, 2022-2023, 2023-2024, 2024-2025, and 2025-2026 reporting years. They show that the City has consistently discharged stormwater from the Facility contaminated with pollutants at levels that exceed the annual NALs for aluminum, cadmium, and iron, and EPA Benchmarks for aluminum, cadmium, copper, and zinc. This further indicates that the City has not implemented BAT at the Facility for its discharges of aluminum, cadmium, copper, iron, and zinc, in violation of Effluent Limitation V.A of the General Permit.

In addition, the numbers listed above indicate that the Facility is discharging polluted storm water in violation of Discharge Prohibitions III.A, III.C and III.D and Receiving Water

Limitations VI.A, VI.B, and VI.C of the General Permit. MWK alleges that such violations also have occurred and will occur on other rain dates including, on information and belief, every significant rain event that has occurred from the 2021-2022 reporting year onward, and that will occur at the Facility subsequent to the date of this Notice of Violation and Intent to File Suit. **Attachment A**, attached hereto, sets forth, based on information and belief, the range of rain dates and specific rain dates on which MWK alleges that the City has discharged storm water containing impermissible and unauthorized levels of aluminum, cadmium, copper, iron, and zinc in violation of Section 301(a) of the Act as well as Effluent Limitation V.A, Discharge Prohibitions III.A, III.C and III.D and Receiving Water Limitations VI.A, VI.B and VI.C of the General Permit. Each of these limitations are each separate, independent requirements with which the City must comply. Consistent with the five-year statute of limitations applicable to citizen enforcement actions brought pursuant to the federal Clean Water Act (28 U.S.C.A. § 2462), the City is subject to penalties for each of these violations of the General Permit, and the Act, for the last five years.

### B. Exceedances of ELGs

Under Effluent Limitation V.B of the General Permit, “[i]ndustrial storm water discharges from facilities subject to storm water ELGs in Subchapter N shall not exceed those storm water ELGs.” Subchapter N refers to 40 C.F.R. §§ 401-471, which identifies effluent guidelines and standards for existing sources, standards of performance for new sources and pretreatment standards for new and existing sources. Industrial storm water discharges from facilities subject to storm water ELGs in Subchapter N include discharges of contaminated storm water. 40 C.F.R. §§ 445.1; 445.2(f); 445.20.

The Facility discharges contaminated stormwater at all drainage areas, as measured at all sampling locations, because "[m]ost of the facility activities are directly exposed to precipitation and stormwater runoff." (2025 SWPPP, p. 25.) "Existing sources of contamination at the site include: the landfill area and public tipping area, recycling center drop off, Hazardous Waste Drop off, and the equipment/vehicle maintenance areas." (*Id.*) All facility discharge eventually exits at SW-1/SW-2 to Lombardi Creek, flowing to the Pacific Ocean. (Id. at 26.)

The Facility’s stormwater is contaminated by direct contact with waste. The landfill "is blanketed by lifts of refuse on a continual basis," Cell 1 contains buried chromium waste, and Cell 3B "is currently being used for all-weather landfilling." (*Id.* at p. 24-25.) DA 3 "encompasses Cells 1, 2, 3A, 3B, part of future Cell 4 area, the diversion/south deck and the landfill east slope." (*Id.* at, p. 26.) Runoff "that drains to the floor of Cell 3B" – the active fill cell – "is collected at a lined sump and pumped... to the Cell 3B sedimentation basin," then "drains to the Lombardi Stormwater outlet (SW-1)." (*Id.*) Storm water falling on active waste cells is routed to the storm water system and discharged to Lombardi Creek, not handled as leachate. (*Id.*) BMP 3.1.1 acknowledges "exposed garbage" at the working face; BMP #1 only diverts run-on "around the uphill perimeter of the working face" – rain falling directly on exposed refuse is not addressed. BMP #2 concedes stormwater can get "through the cover." (*Id.* at p. 38.) Sampling point SP-3 sits at "Cell 3B before the Stormwater Inlet," confirming the runoff at that location is a sampled industrial discharge. (*Id.* at 25.) Similarly, sampling point SP-2 captures contaminated

stormwater from the "western portion of the Cell 3B soil stockpile[,]" and SP-4 at Drainage Area 4 (DA4) receives stormwater runoff from the "north slope of the soil stockpile" in Cell 3B. (*Id.* at pp. 25-26.) As a result, stormwater discharge from the Facility sampled at SP-2, SP-3, and SP-4 is contaminated by exposure to solid waste, and is therefore subject to the ELGs listed in Subchapter N.

Additionally, the Facility's stormwater discharges are contaminated by exposure to industrial activities at the MRF. These activities include dumping activity, waste handling and storage, and equipment maintenance at DA1, sampled at SP-1 and TC-1, and flowing into the Creek through SW-1. (*Id.* at pp. 25, 33.) Table 2.1 lists "Contact with Stormwater" as the exposure pathway for E-waste, scrap metal, tires, and porcelain from the MRF in DA1. (*Id.* at 28-29.) As a result, stormwater discharge passing through SP-1 and TC-1 is contaminated by exposure to industrial activity, and subject to the ELGs listed in Subchapter N.

Finally, stormwater discharges throughout the Facility are also contaminated by contact with leachate from the Facility. In addition to the leachate pipe break and spill of approximately 900 gallons into Lombardi Creek in 2020 (*Id.* at p. 30.), and the potential for future spills or leaks from the leachate system, Table 2.1 lists "Landfill Seeps" as the stormwater exposure pathway for MSW, C&D materials, and green waste in the landfill area (*Id.* at p. 28.). Table 2.2 lists leachate as present "Throughout Landfill." (*Id.* at p. 30.) Further, the Facility's description of BMP 3.1.3 admits leachate seeps emerge from "over-saturated fill areas" during storms, and BMPs (toe trenches, berms) exist precisely because seeps can reach the storm drain system. Due to contamination from leachate exposure, the Facility's stormwater discharges are contaminated and subject to the ELGs listed in subchapter N.

The Facility has had numerous daily and monthly average pH, TSS, and zinc levels in exceedance of the ELGs listed for non-hazardous waste landfills in Subchapter N, in violation of the General Permit's effluent limitations, as shown on the tables below. General Permit § V.B; 40 C.F.R. § 445.21.

### 1. Daily and Monthly pH ELG Exceedances

The following table shows every daily and monthly average exceedance of the ELGs for pH set by 40 C.F.R. Section 445.21 for non-hazardous waste landfills at the Facility within the relevant period. Monthly averages are given beside the daily result when there are no other samples at that source within that month.

| Date | Location | Parameter | Daily Result (SU) | Monthly Point Source Average (SU) | Daily/Monthly ELG Minimum |
|---|---|---|---|---|---|
| 2/3/23 | SP-3 | pH | 5.8 | 5.8 | 6 |
| 12/27/22 | SP-3 | pH | 4.1 | 4.1 | 6 |
| 11/8/22 | SP-3 | pH | 4.9 | 4.9 | 6 |
| 4/11/22 | SP-3 | pH | 3.7 | 3.7 | 6 |
| 3/28/22 | SP-3 | pH | 3.8 | 3.8 | 6 |

| | | | | | |
|---|---|---|---|---|---|
| 12/22/21 | SP-3 | pH | 4.4 | 4.4 | 6 |
| 11/9/21 | SP-3 | pH | 3.8 | 3.8 | 6 |
| 2/17/24 | SP-4 | pH | 4.3 | 4.3 | 6 |
| 1/31/24 | SP-4 | pH | 4.8 | 4.8 | 6 |
| 12/27/23 | SP-4 | pH | 6.1 | | 6 |
| 12/18/23 | SP-4 | pH | 5 | | 6 |
| 12/23 Average | SP-4 | pH | | 5.55 | 6 |
| 3/28/23 | SP-4 | pH | 4.6 | 4.6 | 6 |
| 2/3/23 | SP-4 | pH | 4.9 | 4.9 | 6 |

**2. Daily and Monthly TSS ELG Exceedances**

The following table shows every daily and monthly average exceedance of the ELGs for TSS set by 40 C.F.R. Section 445.21 for non-hazardous waste landfills at the Facility within the relevant period. Monthly averages are given beside the daily result when there are no other samples at that source within that month.

| Date | Location | Parameter | Daily Result (mg/L) | Monthly Point Source Average (mg/L) | Daily Maximum (mg/L) | Maximum Monthly Average |
|---|---|---|---|---|---|---|
| 4/10/26 | SP-1 | TSS | 92 | 92 | 88 | 27 |
| 11/13/25 | SP-1 | TSS | 76 | 76 | 88 | 27 |
| 2/13/25 | SP-1 | TSS | 330 | 330 | 88 | 27 |
| 12/12/24 | SP-1 | TSS | 202 | 202 | 88 | 27 |
| 11/22/24 | SP-1 | TSS | 488 | 488 | 88 | 27 |
| 12/18/23 | SP-1 | TSS | 136 | | 88 | 27 |
| 12/6/23 | SP-1 | TSS | 300 | | 88 | 27 |
| 12/23 Average | SP-1 | TSS | | 218 | | 27 |
| 12/27/22 | SP-1 | TSS | 265 | 265 | 88 | 27 |
| 4/11/22 | SP-1 | TSS | 77 | 77 | 88 | 27 |
| 3/10/21 | SP-1 | TSS | 105 | 105 | 88 | 27 |
| 2/15/21 | SP-1 | TSS | 160 | | 88 | 27 |
| 2/2/21 | SP-1 | TSS | 186 | | 88 | 27 |
| 2/21 Average | SP-1 | TSS | | 173 | | 27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/22/21 | SP-1 | TSS | 820 | | 88 | 27 |
| 1/4/21 | SP-1 | TSS | 128 | | 88 | 27 |
| 1/21 Average | SP-1 | TSS | | 474 | | 27 |
| 12/18/19 | SP-1 | TSS | 920 | 920 | 88 | 27 |
| 11/30/19 | SP-1 | TSS | 338 | 338 | 88 | 27 |
| 4/10/26 | SP-2 | TSS | 240 | 240 | 88 | 27 |
| 2/13/25 | SP-2 | TSS | 47 | 47 | 88 | 27 |
| 1/31/25 | SP-2 | TSS | 62 | 62 | 88 | 27 |
| 12/18/23 | SP-2 | TSS | 136 | | 88 | 27 |
| 12/6/23 | SP-2 | TSS | 434 | | 88 | 27 |
| 12/23 Average | SP-2 | TSS | | 285 | | 27 |
| 3/28/23 | SP-2 | TSS | 62 | 62 | 88 | 27 |
| 2/3/23 | SP-2 | TSS | 73 | 73 | 88 | 27 |
| 12/1/22 | SP-2 | TSS | 137 | 137 | 88 | 27 |
| 11/8/22 | SP-2 | TSS | 116 | 116 | 88 | 27 |
| 3/28/22 | SP-2 | TSS | 36 | | 88 | 27 |
| 3/19/22 | SP-2 | TSS | 265 | | 88 | 27 |
| 3/22 Average | SP-2 | TSS | | 150.5 | | 27 |
| 2/15/21 | SP-2 | TSS | 56 | | 88 | 27 |
| 2/2/21 | SP-2 | TSS | 592 | | 88 | 27 |
| 2/21 Average | SP-2 | TSS | | 324 | | 27 |
| 1/22/21 | SP-2 | TSS | 390 | | 88 | 27 |
| 1/4/21 | SP-2 | TSS | 202 | | 88 | 27 |
| 1/21 Average | SP-2 | TSS | | 210 | | 27 |
| 5/12/20 | SP-2 | TSS | 143 | 143 | 88 | 27 |
| 2/13/25 | SP-3 | TSS | 53 | 53 | 88 | 27 |
| 3/2/24 | SP-3 | TSS | 85 | 85 | 88 | 27 |
| 2/17/24 | SP-3 | TSS | 69 | 69 | 88 | 27 |
| 3/28/23 | SP-3 | TSS | 60 | 60 | 88 | 27 |
| 2/3/23 | SP-3 | TSS | 137 | 137 | 88 | 27 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/27/22 | SP-3 | TSS | 252 | 252 | 88 | 27 |
| 11/8/22 | SP-3 | TSS | 165 | 165 | 88 | 27 |
| 2/2/21 | SP-3 | TSS | 38 | 38 | 88 | 27 |
| 4/10/26 | SP-4 | TSS | 59 | 59 | 88 | 27 |
| 11/22/24 | SP-4 | TSS | 46 | 46 | 88 | 27 |
| 2/17/24 | SP-4 | TSS | 156 | 156 | 88 | 27 |
| 1/31/24 | SP-4 | TSS | 60 | 60 | 88 | 27 |
| 12/27/22 | SP-4 | TSS | 224 | | 88 | 27 |
| 12/1/22 | SP-4 | TSS | 264 | | 88 | 27 |
| 12/22 Average | SP-1 | TSS | | 244 | | 27 |
| 4/28/25 | TC-1 | TSS | 48 | 48 | 88 | 27 |
| 12/24/24 | TC-1 | TSS | 60 | | 88 | 27 |
| 12/12/24 | TC-1 | TSS | 12 | | 88 | 27 |
| 12/24 Average | SP-1 | TSS | | 36 | | 27 |
| 4/22/24 | TC-1 | TSS | 36 | 36 | 88 | 27 |
| 3/2/24 | TC-1 | TSS | 48 | 48 | 88 | 27 |
| 2/17/24 | TC-1 | TSS | 33 | 33 | 88 | 27 |

### 3. Daily and Monthly Zinc Exceedances

The following table shows every daily and monthly average exceedance of the ELGs for Zinc set by 40 C.F.R. Section 445.21 for non-hazardous waste landfills at the Facility within the relevant period. Monthly averages are given beside the daily result when there are no other samples at that source within that month.

| Date | Location | Parameter | Daily Result (mg/L) | Monthly Point Source Average (mg/L) | Daily Maximum (mg/L) | Maximum Monthly Average |
|---|---|---|---|---|---|---|
| 4/10/26 | SP-1 | Zinc | 0.291 | 0.291 | 0.2 | 0.11 |
| 11/13/25 | SP-1 | Zinc | 0.263 | 0.263 | 0.2 | 0.11 |
| 2/13/25 | SP-1 | Zinc | 0.25 | 0.25 | 0.2 | 0.11 |
| 12/12/24 | SP-1 | Zinc | 0.23 | 0.23 | 0.2 | 0.11 |
| 11/22/24 | SP-1 | Zinc | 0.98 | 0.98 | 0.2 | 0.11 |
| 12/18/23 | SP-1 | Zinc | 0.22 | | 0.2 | 0.11 |
| 12/6/23 | SP-1 | Zinc | 0.82 | | 0.2 | 0.11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/23 Average | SP-1 | Zinc | | 0.52 | 0.2 | 0.11 |
| 12/27/22 | SP-1 | Zinc | 0.27 | 0.27 | 0.2 | 0.11 |
| 4/11/22 | SP-1 | Zinc | 0.14 | 0.14 | 0.2 | 0.11 |
| 3/10/21 | SP-1 | Zinc | 0.21 | 0.21 | 0.2 | 0.11 |
| 2/15/21 | SP-1 | Zinc | 0.26 | | 0.2 | 0.11 |
| 2/2/21 | SP-1 | Zinc | 0.14 | | 0.2 | 0.11 |
| 2/21 Average | SP-1 | Zinc | | 0.2 | 0.2 | 0.11 |
| 1/22/21 | SP-1 | Zinc | 0.65 | | 0.2 | 0.11 |
| 1/4/21 | SP-1 | Zinc | 0.25 | | 0.2 | 0.11 |
| 1/21 Average | SP-1 | Zinc | | 0.45 | 0.2 | 0.11 |
| 12/18/19 | SP-1 | Zinc | 0.61 | 0.61 | 0.2 | 0.11 |
| 11/30/19 | SP-1 | Zinc | 0.3 | 0.3 | 0.2 | 0.11 |
| 4/10/26 | SP-2 | Zinc | 0.668 | 0.668 | 0.2 | 0.11 |
| 2/13/25 | SP-2 | Zinc | 0.4 | 0.4 | 0.2 | 0.11 |
| 12/24/24 | SP-2 | Zinc | 0.51 | 0.51 | 0.2 | 0.11 |
| 2/3/23 | SP-2 | Zinc | 0.18 | 0.18 | 0.2 | 0.11 |
| 12/1/22 | SP-2 | Zinc | 0.13 | 0.13 | 0.2 | 0.11 |
| 3/28/22 | SP-2 | Zinc | 0.32 | | 0.2 | 0.11 |
| 3/19/22 | SP-2 | Zinc | 0.057 | | 0.2 | 0.11 |
| 3/22 Average | SP-2 | Zinc | | 0.1885 | 0.2 | 0.11 |
| 12/22/21 | SP-2 | Zinc | 0.17 | 0.17 | 0.2 | 0.11 |
| 1/22/21 | SP-2 | Zinc | 0.15 | | 0.2 | 0.11 |
| 1/4/21 | SP-2 | Zinc | 0.14 | | 0.2 | 0.11 |
| 1/21 Average | SP-2 | Zinc | | 0.145 | 0.2 | 0.11 |
| 2/13/25 | SP-3 | Zinc | 0.35 | 0.35 | 0.2 | 0.11 |
| 3/2/24 | SP-3 | Zinc | 0.64 | 0.64 | 0.2 | 0.11 |
| 2/17/24 | SP-3 | Zinc | 0.78 | 0.78 | 0.2 | 0.11 |
| 2/3/23 | SP-3 | Zinc | 0.25 | 0.25 | 0.2 | 0.11 |
| 12/27/22 | SP-3 | Zinc | 1 | 1 | 0.2 | 0.11 |
| 11/8/22 | SP-3 | Zinc | 0.64 | 0.64 | 0.2 | 0.11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/11/22 | SP-3 | Zinc | 1.9 | 1.9 | 0.2 | 0.11 |
| 3/28/22 | SP-3 | Zinc | 0.84 | 0.84 | 0.2 | 0.11 |
| 12/22/21 | SP-3 | Zinc | 0.88 | 0.88 | 0.2 | 0.11 |
| 11/9/21 | SP-3 | Zinc | 2.7 | 2.7 | 0.2 | 0.11 |
| 2/2/21 | SP-3 | Zinc | 0.75 | 0.75 | 0.2 | 0.11 |
| 1/27/21 | SP-3 | Zinc | 1.1 | 1.1 | 0.2 | 0.11 |
| 2/13/25 | SP-4 | Zinc | 1.2 | 1.2 | 0.2 | 0.11 |
| 2/17/24 | SP-4 | Zinc | 2.3 | 2.3 | 0.2 | 0.11 |
| 1/31/24 | SP-4 | Zinc | 3.3 | 3.3 | 0.2 | 0.11 |
| 12/27/23 | SP-4 | Zinc | 0.46 | | 0.2 | 0.11 |
| 12/18/23 | SP-4 | Zinc | 0.5 | | 0.2 | 0.11 |
| 12/23 Average | SP-4 | Zinc | | 0.48 | 0.2 | 0.11 |
| 3/28/23 | SP-4 | Zinc | 4.1 | 4.1 | 0.2 | 0.11 |
| 2/3/23 | SP-4 | Zinc | 2 | 2 | 0.2 | 0.11 |
| 12/27/22 | SP-4 | Zinc | 0.48 | | 0.2 | 0.11 |
| 12/1/22 | SP-4 | Zinc | 0.098 | | 0.2 | 0.11 |
| 12/23 Average | SP-4 | Zinc | | 0.289 | 0.2 | 0.11 |
| 12/24/24 | SW-1 | Zinc | 0.24 | 0.24 | 0.2 | 0.11 |
| 12/24/24 | SW-2 | Zinc | 0.2 | 0.2 | 0.2 | 0.11 |
| 4/28/25 | TC-1 | Zinc | 0.15 | 0.15 | 0.2 | 0.11 |
| 12/24/24 | TC-1 | Zinc | 0.23 | | 0.2 | 0.11 |
| 12/12/24 | TC-1 | Zinc | 0.061 | | 0.2 | 0.11 |
| 12/24 Average | TC-1 | Zinc | | 0.1455 | 0.2 | 0.11 |
| 12/1/22 | TC-1 | Zinc | 0.19 | 0.19 | 0.2 | 0.11 |

While 40 C.F.R. 445.21 sets applicable ELGs for other parameters, those parameters are not monitored by the Facility. MWK alleges based on information and belief that exceedances of the other effluent limitations exist for BOD, Ammonia, α-Terpineol, Benzoic acid, p-Cresol, and Phenol.

Under Section V.B of the General Permit, "[i]ndustrial storm water discharges from facilities subject to storm water ELGs in Subchapter N shall not exceed those storm water ELGs." The ELGs under Subchapter N listed above apply to stormwater discharges from

non-hazardous waste landfills. Therefore, each exceedance of the ELGs listed above constitutes a violation of the General Permit.

### C. Failure to Implement BAT and BCT

The General Permit requires that all dischargers develop and implement a set of minimum BMPs (which are mostly non-structural BMPs) as well as any advanced BMPs (which are mostly structural) as necessary to achieve BAT/BCT, which serve as the basis for compliance with the General Permit's technology-based effluent limitations. *See* General Permit § X.H.

The General Permit further requires dischargers to implement and maintain, to the extent feasible, any one or more of the following advanced BMPs necessary to reduce or prevent discharges of pollutants in industrial storm water discharges: exposure minimization BMPs, storm water containment and discharge reduction BMPs, treatment control BMPs, and other advanced BMPs. *See* General Permit § X.H.2. Failure to implement advanced BMPs as necessary to achieve compliance with either technology or water quality standards is a violation of the General Permit. *Id*. A facility's BMPs must, at all times, be robust enough to meet the requirement of the CWA and General Permit that all discharges associated with industrial activities be subjected to BAT and BCT. 33 U.S.C. § 1342(p)(3)(A); General Permit §§ V.A, I.A.1, I.D.31-32. "EPA Benchmarks are appropriate to use as objective guidelines in assessing whether [a discharger] has implemented BMPs that achieve BAT/BCT." *Santa Monica Baykeeper v. Kramer Metals*, 619 F. Supp. 2d 914 (C.D. Cal. 2009). ELGs also represent the degree of effluent reduction attainable by the application of BAT/BCT. 40 C.F.R. §§ 445.22-445.23.

The Facility's exceedances of annual NALs, EPA Benchmarks, and ELGs, as detailed in the tables above, indicate that the City has failed to implement necessary BMPs at the Facility to achieve BAT and BCT. The Facility has also failed to properly address BMPs at DA5, and other areas identified as "non-industrial", despite discharging contaminated stormwater, and being subject to potential leachate spills. MWK puts the City on notice that it violates the General Permit and the CWA every day that the Facility operates without implementing the requisite advanced BMPs. These violations are ongoing, and MWK will include additional violations as information and data become available. The City is subject to civil penalties for all violations of the CWA within the last five years.

Additionally, under Requirement F.5. of the General Order, "[b]y October 1 of each year, the Discharger must complete all necessary runoff diversion and erosion prevention measures . . . to prevent surface drainage from contacting or percolating through waste." This deadline exists to prevent discharges of contaminated stormwater during the central coast's rainy season, beginning in late September to October. (See Attachment A (listing dates with at least 0.1" of rain near the Facility).) The Facility's 2021 WWPR indicates that required preparations for the rainy season were delayed from 10/1/2021 to 11/12/2021. (2021 WWPR, p. 4.) The delayed preparations include "[i]nstallation of straw wattles" and "[e]stablishing proper drainage inlets on and around the soil stockpiles of the Cell 3B construction project." (*Id.*) As "runoff diversion and erosion prevention measures" for the rainy season, these preparations were implemented 42 days late under the Requirement F.5 of the General Order. The list of rain dates attached hereto

as Attachment A indicates the Facility likely experienced over 0.1” of rain, and discharged contaminated stormwater not subject to BAT/BCT on ten days during this period.

**D. Failure to Evaluate Additional BMPs in the Facility’s ERA Reports**

Under Section XII.D.2.a.i of the General Permit, the Level 2 Technical Reports “shall include an evaluation of all pollutant sources associated with industrial activity that are or may be related to the NAL/TNAL exceedance(s).” When all implemented BMPs are not expected to eliminate future NAL/TNAL exceedances, the ERA Technical Report must contain “[a]n evaluation of any additional BMPs that would reduce or prevent NAL/TNAL exceedances.”

According to its most recent Level 2 Technical Report Update, the Facility has been at Level 2 ERA status for aluminum, cadmium, and iron since 2017. The Facility’s ERA reports, since July 2024, have claimed the Facility’s BMPs are “expected to eliminate future NAL exceedances.” Despite this, the Facility has consistently exceeded the NALs for aluminum, cadmium, and iron at Drainage Area 1 (DA1), where no additional BMPs have been identified since the introduction of the treatment system in 2021. TC-1does not treat all of the area's stormwater, the remainder of which originates in areas exposed to industrial activities and materials, and then passes through a bioswale and is sampled at SP-1. SP-1 has had consistent NAL exceedances for the entire statute of limitations. In ignoring SP-1, despite numerous exceedances, the City has repeatedly failed to properly demonstrate that its BMPs are “expected to eliminate future NAL exceedances at “the drainage areas where the NAL/TNAL exceedance(s) responsible for the Discharger’s Level 2 status occurred.” General Permit § XII.D.2.a.iii, v. As such, the Facility was required to provide “[a]n evaluation of any additional BMPs that would reduce or prevent NAL/TNAL exceedances” at Drainage Area 1.

The Facility has also failed to properly address additional BMPs at areas classified as “non-industrial”, despite discharging contaminated stormwater, including the area around the West Pond in DA2 (measured by SP-2), the North Pond in DA4 (measured by SP-4), and all of Drainage Area 5 (DA5) above the leachate collection and removal system (LCRS). (2025 SWPPP, p. 103.) MWK also believes that additional BMPs may be required in DA3, which contains the main active landfill area (measured by SP-3), which did not report any stormwater samples in the 2025-2026 reporting year. In failing to evaluate additional BMPs necessary to comply with the NALs in these areas, the Facility is in ongoing violation of the General Permit.

**E. Unauthorized Non-Strom-Water Discharges**

The General Permit forbids “discharges of liquids or materials other than storm water, either directly or indirectly to waters of the United States” other than a specific set of authorized NSWDs under section IV, or those authorized by another NPDES Permit. General Permit § III.B. No other NPDES Permit applies to the Facility.

The Facility, by its own admission in its letter regarding Verification Retesting Results for Surface Water Monitoring Locations, dated 11/27/2023, released unauthorized Volatile Organic Compounds (VOCs) into surrounding surface waters in Summer and Fall of 2023. The

semi-annual sampling done on 10/26/2023 revealed levels of chlorobenzene and 1, 4 dichlorobenzene in exceedance of the Maximum Contaminant Levels (MCLs) for drinking water in California and the United States. Both of these chemicals are classified as "toxic pollutants." 40 C.F.R. § 401.15. These results also show levels of p-isopropyltoluene and t-butyl alcohol above the Method Detection Limits (MDLs), confirming their presence in the surface water samples. Because the Facility only samples for these pollutants semi-annually, MWK alleges based on information and belief that the Facility has contributed to the introduction of these toxic pollutants to surface waters throughout the summer and fall of 2023. The release of these chemicals into surface waters constitutes a NSWD not authorized under section IV of the General Permit, and contributes to pollution in receiving waters. As such, each day these pollutants were released for the six month period constitutes a violation of the General Permit.

### F. Failure to Prepare, Implement, Review, and Update an Adequate Storm Water Pollution Prevention Plan

Under the General Permit, the State Board has designated the SWPPP as a cornerstone of compliance with NPDES requirements for storm water discharges from industrial facilities, ensuring that operators meet effluent and receiving water limitations. Section X.A-B of the General Permit requires dischargers to develop and implement a SWPPP prior to beginning industrial activities. The objective of the SWPPP requirement is to identify and evaluate sources of pollutants associated with industrial activities that may affect the quality of storm water discharges and authorized NSWDs from the facility, and to implement BMPs to reduce or prevent pollutants associated with industrial activities. General Permit § X.C. These BMPs must achieve compliance with the General Permit's effluent limitations and receiving water limitations. To ensure compliance with the General Permit, the SWPPP must be evaluated and revised as necessary. General Permit § X.B. Failure to develop or implement an adequate SWPPP, or update or revise an existing SWPPP as required, is a violation of the General Permit. General Permit Factsheet § I.1.

Sections X.D-I of the General Permit set forth the requirements for a SWPPP. Among other requirements, the SWPPP must include: a pollution prevention team; a site map; a list of industrial materials handled and stored at the site; an assessment of potential pollutant sources; and a description of the BMPs to be implemented at the facility that will reduce or prevent pollutants in storm water discharges and authorized non-stormwater discharges. The General Permit requires a comprehensive assessment of potential pollutant sources, and a BMP summary table identifying each identified area of industrial activity, the associated industrial pollutant sources and pollutants, and the BMPs being implemented to address them. *See* General Permit §§ X.G.2, 4-5. The City has violated and continues to violate the General Permit's SWPPP requirements as follows.

#### 1. Failure to Identify Sufficient BMPs at the Facility Consistent with BAT and BCT in the SWPPP

The City is violating Section X.C.1.b because the Facility's SWPPP fails to identify and describe appropriate advanced BMPs General Permit § X.C.1.b., and fails to "identif[y] and

justif[y] each minimum BMP or applicable advanced BMP not being implemented at the facility." General Permit § X.H.4.b.

Since it is clear from the Facility's continued NAL and EPA Benchmark exceedances that the existing BMPs are insufficient, the SWPPP must identify additional advanced BMPs and justify why they are not being implemented at the Facility. The City's failure to update the SWPPP to identify and justify why additional BMPs have not been implemented at DA1, DA5, and the remaining portions of the facility classified as "non-industrial", despite continuing NAL exceedances, is a violation of the General Permit that has occurred every day for the relevant period, and is ongoing.

**2. Failure to Identify Spills, Leaks, and NSWDs**

The General Permit requires the SWPPP to include "a list of any industrial materials that have spilled or leaked in significant quantities and have discharged from the facility's storm water conveyance system within the previous five-year period." General Permit § X.G.1.d.ii.a. The Facility must also "[e]nsure all NSWDs are described in the SWPPP. This description shall include the source, quantity, frequency, and characteristics of the NSWDs, associated drainage area, and whether it is an authorized or unauthorized NSWD in accordance with Section IV." General Permit § X.G.1.e.iv.

The 2025 SWPPP fails to mention the release of toxic pollutants into surface waters in Summer and Fall of 2023 in either the section regarding spills or the section on NSWDs. MWK suspects that this release occurred as a result of a spill or leak of leachate into the Facility's storm water drainage system at Drainage Areas 2 and 4. Regardless, the release certainly qualifies as an unauthorized NSWD, which must be listed in the Facility;s SWPPPs for five years. The facility's failure to mention this release in its SWPPPs is a violation of the General Permit which has been ongoing since the 2025 SWPPP was submitted on 7/16/2025.

**3. Failure to Account for All Areas of Industrial Activity with Potential Industrial Pollutant Sources**

Under Section X.G.2.a of the General Permit "[t]he Discharger shall ensure that the SWPPP includes a narrative assessment of all areas of industrial activity with potential industrial pollutant sources." This encompasses a series of observations, including "[t]he pollutants likely to be present in industrial storm water discharges and authorized NSWDs", and "[a]ll sampling, visual observation, and inspection records." The SWPPP must also include a Monitoring Implementation Plan, which must contain a description of monitoring procedures at all discharge locations, and justification for any alternative discharge locations. General Permit § X.I.2-3.

The Facility has identified leachate as an industrial material that has the potential to spill or leak, being introduced into the surface runoff. (2025 SWPPP, p. 26, 30.) In 2020, there was a break in an underground leachate pipe, causing 900 gallons of leachate to escape within Drainage Area 5 (DA5). (*Id.* at 30.) An unknown quantity of leachate was observed entering the stormwater system at that time. (*Id.*) DA5 also contains a significant portion of Cell 1, which contains a leachate collection system. (*Id.* at 26, 104.) Figure 4 of the Facility's 2025 Report of

Waste Discharge (ROWD) shows “leachate collection ponds” and an “area with existing waste in place” within the boundaries of DA5. Despite this, the Facility’s SWPPPs regard DA5 as non-industrial, and its stormwater runoff flows into the Creek through SW-1 without any sampling in place. (*Id.* at 26, 54.) While the Facility has BMPs in place regarding stormwater runoff and potential future spills and leaks from DA5, there are no measures in place to monitor the efficacy of these BMPs, as required under the General Permit. General Permit § X.G.2, X.I, XI.A.1.a. The City has been aware of the potential for a future spill or leak at DA5 into stormwater at SW-1 for the entire statute of limitations, given the spill in 2020.(*Id.* at 30.) Regardless, the SWPPP fails to justify the exclusion of DA5 in its section addressing alternative discharge locations. (2025 SWPPP, p. 54.) Failure to address DA5 in the assessment of alternate discharge locations and monitoring plan in the Facility's SWPPPs therefore constitutes a continuous violation of the Sections X.G.2.a, and X.I.2-3 of General Permit, which has been ongoing for the past five years.

Additionally, the Facility’s SWPPPs fail to recognize significant downhill portions of Drainage Areas 1-4 as industrial, despite receiving contaminated stormwater runoff from portions of the facility labelled “industrial” uphill, and the potential for leachate seeps from the pipes underground. In particular, SP-2 and SP-4 are located a significant distance from the North Pond and West Pond, respectively, through which stormwater flows to SW-2. (2025 SWPPP, Figure 1.) Semi-annual monitoring under the General Order reveals that releases of toxic pollutants to surface waters occur at these ponds, measured by US-1 and US-2. (11/23 Verification Retesting Results for Surface Water Monitoring Locations, Table 1, Figure 1.) Similarly, the northeastern portions of DA1 and DA3 are classified as “non-industrial” and are unmonitored. (2025 SWPPP, Figure 1.) The Facility’s SWPPS have failed to address the potential for contaminated stormwater discharges, and spills and seeps of leachate to go undetected in these areas, in their assessments of alternative discharge locations. This constitutes a continuous violation of the Sections X.G.2.a, and X.I.2-3 of General Permit, which has been ongoing for the past five years.

**4. Failure to Prepare an Adequate Site Map**

Under Section X.E of the General Permit, the SWPPP must include a site map, or maps, showing, among other things (1) areas of soil erosion, (2) structural control measures (3) all impervious areas of the facility, and locations where materials are directly exposed to precipitation, (4) areas of industrial activity, including all industrial storage areas and storage tanks, and (5) locations were identified spill and leaks have occurred.

First, the maps included with the Facility’s SWPPP Amendments 13-15 fail to identify areas of soil erosion, as required by Section X.E.3.a of the General Permit.

Second, all maps included with the Facility’s SWPPPs for the relevant period (the “Maps”) fail to identify Facility’s leachate collection and removal system (LCRS), including “a groundwater interceptor trench-barrier wall at the toe of the RRF; two Class II surface ponds; a leachate transport pumping station and electric control building; and a transport pipeline.” (2025 SWPPP, p. 26.) While the Maps show ponds and pipelines, none are identifiable as part of the

LCRS. Ultimately none of the LCRS's components are identified on the Maps, in violation of the General Permit. General Permit § X.E.3.c, f.

Third, although the 2025 SWPPP references cover for garbage in the landfill area, that area is not marked as impervious on its map, other than the sections treated with Posi-Shell. (2025 SWPPP, p. 26.) It is generally unclear from the Maps which sections of the main landfill area in Drainage Area 3 (DA3) are directly exposed to precipitation, and which are impervious due to cover. This constitutes another continuous violation of the General Permit for the last five years. General Permit § X.E.3.d-e.

Fourth, the Maps fail to identify all areas of industrial activity, including industrial storage areas and storage tanks. A significant portion of the LCRS and waste storage Cell 1is located in DA5, which the Maps incorrectly identify as non-industrial. Additionally, the downhill areas of DA 2 and DA4 are identified on the Maps as non-industrial, despite discharging contaminated stormwater to SW-2 and releasing toxic pollutants into surface waters as explained above. Finally, the northeastern portions of DA1 and DA3 are identified as non-industrial, and not monitored for stormwater runoff, despite receiving contaminated stormwater runoff from the landfill and MRF uphill. Failure to identify these areas as industrial on the Maps constitutes a violation of section X.E.f for the last five years.

Finally, the 2025 SWPPP fails to identify the location of the spill or leak which lead to the release of toxic pollutants to surface waters in Summer and Fall of 2023. (2025 SWPPP, Figure 1; *see generally* 11/23 Verification Retesting Results for Surface Water Monitoring Locations.) This is an ongoing violation of section X.E.3.e of the General Permit since 7/16/2025.

### G. Failure to Implement the Monitoring and Reporting Requirements for the Facility

The General Permit requires facility operators to develop and implement an adequate Monitoring Implementation Plan for visual observations and for the sampling and analysis of storm water discharges. *See* General Permit §§ X(I), XI. The primary objective of such monitoring is to observe, detect and measure the concentrations of pollutants in a facility's discharge to ensure compliance with the General Permit's discharge prohibitions, effluent limitations, and receiving water limitations. Adequate monitoring and reporting ensures that BMPs are effectively reducing and/or eliminating pollutants at a facility, and are evaluated and revised whenever appropriate to ensure compliance with the General Permit. In the absence of this adequate monitoring required by the General Permit, members of MWK are deprived of their right to information and therefore suffer informational injuries that directly impact their aesthetic, recreational, journalistic, and/or academic interests in the affected Receiving Waters. *See Inland Empire Waterkeeper v. Corona Clay Co.*, 17 F.4th 825, 833-34 (9th. Cir. 2021). Section XI of the General Permit sets forth its monitoring and reporting requirements. The City has and continues to violate critical monitoring and reporting requirements of the General Permit.

#### 1. Failure to Collect and Report Stormwater Discharge Information from the Active Landfill Area Itself

Under Section XI.B.4. of the General Permit "samples shall be collected from each drainage area at all discharge locations." Due to uncontrollable run-on from other areas and difficulty observing the actual discharge locations, SW-1 and SW-2, the Facility has instead selected alternative discharge locations "at the approximate discharge point of the industrial portions of each of the drainage areas" in accordance with Section XI.C.3 of the General Permit. (2025 SWPPP, p. 54.) The inadequacy of these alternative locations in actually measuring the Facility's discharges of contaminated stormwater is described in section II.F.3 above.

SP-3 is the alternate monitoring location selected to monitor the main landfill area of the Facility at DA3 (Drainage Area 3). (*Id.* at p. 54, 103.) Historically, this area has had some of the Facility's worst and most consistently excessive readings above the NALs. Since the 2021-2022 reporting year, SP-3 has exclusively shown samples with levels of aluminum, cadmium, and iron above the annual NALs. Samples from the past five years have contained as much as 21mg/L of aluminum (2,700% above the annual NAL), 0.2mg/L of cadmium (3,673.58% above the annual NAL), and 26mg/L of iron (2,500% above the annual NAL). As the drainage point for the area containing the Facility's active fill areas, and one of the most historically troubling monitoring locations, monitoring and reporting from SP-3 is critical in determining the Facility's compliance with the terms of the General Permit under the Clean Water Act. Regardless, the Facility did not report any stormwater discharge information from SP-3 during the 2025-2026 reporting year.

The Facility's failure to monitor or report data from SP-3 for the entirety of the 2025-2026 monitoring year severely infringes upon MWK's rights to information. This information is necessary for MWK to serve its members in protecting their interests in Lombardi Creek, and the Pacific Ocean, which receive the stormwater discharge from the Facility through SP-3. MWK puts the City on notice that it is in violation of the monitoring requirements of the General Permit for every day of the 2025-2026 reporting period, for the lack of sampling data reported from SP-3.

**2. Failure to Collect Samples during Qualifying Storm Events**

Section XI.B.2 of the General Permit requires that dischargers collect and analyze storm water samples from two Qualifying Storm Events ("QSEs") within the first half of each reporting year and two QSEs within the second half of each reporting year. Section XI.B.1 of the General Permit defines a QSE as a precipitation event that produces a discharge for at least one drainage area and is preceded by 48 hours with no discharge from any drainage area. MWK alleges that local precipitation data shows that QSEs occurred on dates during which the Facility was open and conducting industrial operations, but the Facility did not collect and analyze any storm water samples. (See Attachment A [dates with 0.1" of precipitation or more as measured at 3 weather stations within 7-5mi of the facility].) Specifically, MWK alleges that the Facility did not collect and analyze storm water samples from storm water discharges from QSEs that occurred on the following dates:

| | | |
|---|---|---|
| 10/18/2021 | 12/7/2021 | 3/4/2022 |
| 10/21/2021 | 12/13/2021 | 4/12/2022 |
| 11/1/2021 | 1/4/2022 | 4/15/2022 |

| | | |
|---|---|---|
| 6/6/2022 | 12/28/2023 | 11/21/2024 |
| 11/2/2022 | 1/3/2024 | 1/4/2025 |
| 12/9/2022 | 1/10/2024 | 2/1/2025 |
| 1/31/2023 | 1/17/2024 | 2/12/2025 |
| 2/11/2023 | 1/20/2024 | 3/13/2025 |
| 2/24/2023 | 2/1/2024 | 3/27/2025 |
| 3/29/2023 | 2/15/2024 | 5/9/2025 |
| 4/7/2023 | 2/29/2024 | 5/12/2025 |
| 5/2/2023 | 3/11/2024 | 9/10/2025 |
| 6/12/2023 | 3/23/2024 | 9/30/2025 |
| 6/23/2023 | 3/28/2024 | 10/14/2025 |
| 9/30/2023 | 4/4/2024 | 12/18/2025 |
| 11/6/2023 | 4/13/2024 | 1/1/2026 |
| 11/16/2023 | 5/3/2024 | 2/11/2026 |
| 11/29/2023 | 9/16/2024 | 4/1/2026 |
| 12/2/2023 | 10/31/2024 | 4/21/2026 |
| 12/7/2023 | 11/11/2024 | |

Based on the dates listed on Attachment A, samples were taken from the Facility and reported to SMARTS on dates that did not qualify as QSEs. Section XI.B.1 of the General Permit defines a QSE as a precipitation event that produces a discharge for at least one drainage area and is preceded by 48 hours with no discharge from any drainage area. Based on the dates listed above in Section II.D.2, MWK is informed and believes that the County took and reported samples on the following dates, which do not qualify as QSEs due to precipitation events within the preceding 48 hours:

| | | |
|---|---|---|
| 3/19/2022 | 12/27/2023 | 1/31/2025 |
| 4/11/2022 | 1/31/2024 | 2/13/2025 |
| 5/19/2022 | 2/17/2024 | 3/17/2025 |
| 11/8/2022 | 3/2/2024 | 4/28/2025 |
| 3/28/2023 | 4/22/2024 | 10/13/2025 |
| 4/27/2023 | 11/22/2024 | |
| 12/6/2023 | 12/24/2024 | |

Additionally, the Facility has failed to sample the required number of QSEs during the reporting year for all discharge locations, in accordance with Section XI.B of the General Permit in the 2022-2023, 2023-2024, and 2024-2025 reporting years, by its own admission in its annual reports. Despite the Facility's stated explanations in these reports, the fact remains that the Facility reported many values from non-QSE dates, when there were many valid QSEs that took place during the Facility's hours of operation. The Facility also failed to sample on the required number of QSEs in the 2021-2022, recording during only one QSE, and on several non-QSE dates, in early 2022. This constitutes a series of recurring violations of Section XI.B of the General Permit.

**3. Failure to Collect Samples for Additional Parameters**

Under Section XI.B.6.g, dischargers are required to collect samples for "additional parameters specifically required by Subchapter N" for "discharges subject to Subchapter N." 40 C.F.R. Section 445, within Subchapter N, identifies effluent limitations for discharges of wastewater from landfill units. Landfill wastewater includes leachate and contaminated storm water. 40 C.F.R. § 445.2(f). Subchapter N requires non-hazardous waste landfills to analyze stormwater samples for BOD, TSS, ammonia (as nitrogen), α-Terpineol, benzoic acid, p-Cresol, and phenol, zinc, and pH. 40 C.F.R. § 445.21.

The Facility has not tested its stormwater samples for BOD, ammonia (as nitrogen), α-Terpineol, benzoic acid, p-Cresol, and phenol, as required under Subchapter N and the General Permit, for the last five years. The failure to collect samples for each of these parameters qualifies as a separate violation of the General Permit, all of which have been continuous for the relevant period.

## IV. Persons Responsible for the Violations

MWK puts the City on notice that they are the persons responsible for the violations described above. If additional persons are subsequently identified as also being responsible for the violations set forth above, MWK puts the City on notice that it intends to include those subsequently identified persons in this action.

## IV. Name and Address of Noticing Parties

The name, address and telephone number of MWK is as follows:

Natalie Herendeen, Executive Director
Monterey Waterkeeper
PO Box 4311, Salinas, CA 93912
Tel.: 831-204-1381; 831-809-5530
natalie@montereywaterkeeper.org

## V. Counsel

MWK has retained legal counsel to represent it in this matter. Please direct all communications to:

William Carlon
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

## VI. Penalties

Pursuant to Section 309(d) of the Act, 33 U.S.C. § 1319(d), and the Adjustment of Civil Monetary Penalties for Inflation, 40 C.F.R. § 19.4, each separate violation of the Act subjects the City to a penalty of up to $68,445 per day per violation. In addition to civil penalties, MWK will seek injunctive relief preventing further violations of the Act pursuant to Sections 505(a) and (d), 33 U.S.C. §1365(a) and (d), and such other relief as permitted by law. Lastly, Section 505(d) of the Act, 33 U.S.C. § 1365(d), permits prevailing parties to recover costs and fees, including attorneys' fees.

MWK believes this Notice of Violations and Intent to File Suit sufficiently states grounds for filing suit. MWK intends to file a citizen suit under Section 505(a) of the Act against the City and its agents for the above-referenced violations upon the expiration of the 60-day notice period. However, during the 60-day notice period, MWK would be willing to discuss effective remedies for the violations noted in this letter. If you wish to pursue such discussions in the absence of litigation, MWK suggests that you initiate those discussions within the next 20 days so that they may be completed before the end of the 60-day notice period. MWK does not intend to delay the filing of a complaint in federal court if discussions are continuing when that period ends.

Sincerely,

William N. Carlon
Law Office of William Carlon

Natalie Herendeen
Executive Director, Monterey Waterkeeper

**SERVICE LIST – via certified mail**

Hoi Yu, Sr. Professional Engineer
Leonardo Vargas, Associate Engineer
Santa Cruz City
605 Dimeo Lane
Santa Cruz, CA 95060

Guadalupe Sanchez, Superintendent
Eduardo Silva, Landfill Supervisor
Eleazar Mejinez, Recycling Center Supervisor
Welden Carvalho, Recycling Center Supervisor
Santa Cruz City Landfill
605 Dimeo Lane
Santa Cruz, CA 95060

City Clerk
City of Santa Cruz
809 Center Street, Room 9
Santa Cruz, CA 95060

Nathan Nguyen, Dir. of Public Works/LRP
Hoi Yu, Duly Authorized Representative
City of Santa Cruz
809 Center Street, Room 201
Santa Cruz, CA 95060

Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Environmental Protection Agency - Region 9
75 Hawthorne Street
San Francisco, CA 94105

Central Coast Regional Water Quality Control Board
895 Aerovista Place, Suite 101
San Luis Obispo, CA 93401-7906

State Water Resources Control Board
P.O. Box 100
Sacramento, CA 95812-0100

Todd Blanche, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**ATTACHMENT A**

Dates with at least .1" of rain at Santa Cruz weather stations: US1CASZ0047, US1CASZ0048, and US1CASZ0058

| | | |
|---|---|---|
| 10/18/2021 | 11/7/2022 | 2/26/2023 |
| 10/21/2021 | 11/8/2022 | 2/27/2023 |
| 10/22/2021 | 11/9/2022 | 2/28/2023 |
| 10/24/2021 | 12/1/2022 | 3/1/2023 |
| 10/25/2021 | 12/2/2022 | 3/5/2023 |
| 11/1/2021 | 12/3/2022 | 3/6/2023 |
| 11/2/2021 | 12/4/2022 | 3/7/2023 |
| 11/4/2021 | 12/5/2022 | 3/8/2023 |
| 11/9/2021 | 12/6/2022 | 3/9/2023 |
| 11/10/2021 | 12/9/2022 | 3/10/2023 |
| 12/7/2021 | 12/10/2022 | 3/11/2023 |
| 12/13/2021 | 12/11/2022 | 3/12/2023 |
| 12/14/2021 | 12/12/2022 | 3/13/2023 |
| 12/15/2021 | 12/27/2022 | 3/14/2023 |
| 12/16/2021 | 12/28/2022 | 3/15/2023 |
| 12/22/2021 | 12/29/2022 | 3/19/2023 |
| 12/23/2021 | 12/30/2022 | 3/20/2023 |
| 12/24/2021 | 12/31/2022 | 3/21/2023 |
| 12/25/2021 | 1/1/2023 | 3/22/2023 |
| 12/26/2021 | 1/3/2023 | 3/23/2023 |
| 12/27/2021 | 1/4/2023 | 3/24/2023 |
| 12/28/2021 | 1/5/2023 | 3/29/2023 |
| 12/29/2021 | 1/6/2023 | 3/30/2023 |
| 12/30/2021 | 1/8/2023 | 4/7/2023 |
| 1/4/2022 | 1/9/2023 | 4/8/2023 |
| 3/4/2022 | 1/10/2023 | 5/2/2023 |
| 3/5/2022 | 1/11/2023 | 5/3/2023 |
| 3/13/2022 | 1/12/2023 | 5/4/2023 |
| 3/28/2022 | 1/13/2023 | 5/6/2023 |
| 4/12/2022 | 1/14/2023 | 5/7/2023 |
| 4/15/2022 | 1/15/2023 | 5/9/2023 |
| 4/16/2022 | 1/16/2023 | 5/10/2023 |
| 4/17/2022 | 1/17/2023 | 6/12/2023 |
| 4/19/2022 | 1/19/2023 | 6/23/2023 |
| 4/21/2022 | 1/31/2023 | 9/30/2023 |
| 4/22/2022 | 2/3/2023 | 10/22/2023 |
| 6/6/2022 | 2/4/2023 | 10/23/2023 |
| 9/18/2022 | 2/5/2023 | 11/6/2023 |
| 9/19/2022 | 2/6/2023 | 11/7/2023 |
| 11/2/2022 | 2/11/2023 | 11/16/2023 |
| 11/6/2022 | 2/24/2023 | 11/18/2023 |

11/19/2023
11/29/2023
12/2/2023
12/3/2023
12/7/2023
12/8/2023
12/18/2023
12/19/2023
12/20/2023
12/21/2023
12/28/2023
12/29/2023
12/30/2023
12/31/2023
1/3/2024
1/7/2024
1/10/2024
1/11/2024
1/14/2024
1/17/2024
1/20/2024
1/21/2024
1/22/2024
1/24/2024
1/25/2024
2/1/2024
2/2/2024
2/3/2024
2/4/2024
2/5/2024
2/6/2024
2/7/2024
2/8/2024
2/15/2024
2/17/2024
2/18/2024
2/19/2024
2/20/2024
2/21/2024
2/29/2024
3/1/2024
3/2/2024
3/3/2024
3/4/2024
3/6/2024
3/7/2024
3/11/2024
3/12/2024
3/13/2024
3/23/2024
3/24/2024
3/25/2024
3/28/2024
3/29/2024
3/30/2024
3/31/2024
4/4/2024
4/5/2024
4/13/2024
4/14/2024
4/15/2024
5/3/2024
5/5/2024
5/26/2024
9/16/2024
10/31/2024
11/2/2024
11/11/2024
11/12/2024
11/21/2024
11/22/2024
11/23/2024
11/25/2024
11/26/2024
12/12/2024
12/13/2024
12/14/2024
12/15/2024
12/17/2024
12/22/2024
12/23/2024
12/24/2024
12/25/2024
12/26/2024
12/27/2024
12/29/2024
12/30/2024
1/4/2025
2/1/2025
2/2/2025
2/3/2025
2/4/2025
2/5/2025
2/6/2025
2/7/2025
2/8/2025
2/12/2025
2/13/2025
2/14/2025
3/2/2025
3/3/2025
3/5/2025
3/6/2025
3/13/2025
3/14/2025
3/15/2025
3/17/2025
3/18/2025
3/27/2025
3/28/2025
3/30/2025
3/31/2025
4/1/2025
4/2/2025
4/4/2025
4/27/2025
5/9/2025
5/12/2025
5/13/2025
9/10/2025
9/11/2025
9/30/2025
10/2/2025
10/14/2025
10/26/2025
10/27/2025
11/5/2025
11/6/2025
11/13/2025
11/14/2025
11/16/2025
11/17/2025
11/18/2025
11/20/2025
12/18/2025
12/20/2025
12/21/2025
12/22/2025

12/23/2025
12/24/2025
12/25/2025
12/26/2025
12/27/2025
1/1/2026
1/2/2026
1/3/2026
1/4/2026
1/5/2026
1/6/2026
2/11/2026
2/12/2026
2/15/2026
2/16/2026
2/17/2026
2/18/2026
2/19/2026
2/25/2026
4/1/2026
4/2/2026
4/10/2026
4/11/2026
4/12/2026
4/13/2026
4/21/2026
4/22/2026
4/23/2026
4/26/2026
4/27/2026